GARRETT L. SEUELL, S.B. No. 323175
   Email:  Gseuell@akk-law.com
DERICK E. KONZ, ESQ., SB No. 286902
   Email:  dkonz@akk-law.com
BRUCE A. KILDAY, ESQ., SB No. 066415
   Email:  bkilday@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY AND COUNTY OF WEST SACRAMENTO, N. OGDEN, FORTIER, MAHAFFEY, and A. SCHEIBER.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBBIE D. WHITE,<br><br>               Plaintiff,<br><br>         vs.<br><br>CITY AND COUNTY OF WEST SACRAMENTO, a local public entity;<br><br>N. Ogden Star No. 116, individually, and, in his official capacity as a West Sacramento Police Department Officer;<br><br>Fortier, individually, and, in his official capacity as a West Sacramento Police Department Officer;<br><br>Mahaffey, individually, and, in his official capacity as a West Sacramento Police Department Officer;<br><br>A. Schreiber Star No. 143, individually, and, in his official capacity as a West Sacramento Police Department Officer; and Does 1-100.,<br><br>             Defendants. | Case No.: 2:20-at-01183<br><br>**PROOF OF SERVICE OF INITIAL PRETRIAL SCHEDULING ORDER** |

CASE NAME:        *White v. Ogden, et al.*
COURT:            Sacramento County Superior Court
CASE NO.          34-2020-00281611

## PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Sacramento, State of California.  My business address is 601 University Avenue, Suite 150, Sacramento, California 95825.  I am over the age of 18 years and not a party to the above-entitled action.

On December 4, 2020, I served the parties in this action listed below the following document(s) described as:

- **INITIAL PRETRIAL SCHEDULING ORDER**

The above-named document(s) were served by the following means (*specify*):

☒        BY ELECTRONIC SERVICE (to individual persons) - By electronically transmitting the document(s) listed above to the email address(es) of the person(s) set forth below, based on court order or agreement of the parties to accept service via electronic transmission.  The email address I used to transmit these documents is <u>mfitzpatrick@akk-law.com</u> on this date.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. (CRC 2.260 or Fed.R.Civ.P.5(b)(E); Civ. Proc. section 1010.6.)

<u>SERVICE LIST</u>

<u>Attorneys for Plaintiff:</u>
Richard L. Richardson
Siegel & Richardson LLP
436 14th Street, Suite 1060
Oakland, CA  94612
<u>richard@rrichardsonlaw.com</u>

☒        (*Federal*) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made . I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 4, 2020 at Sacramento, California.

_____
        */s/ Melanie Fitzpatrick*
        MELANIE FITZPATRICK