GARRETT L. SEUELL, S.B. No. 323175
  Email: Gseuell@akk-law.com
DERICK E. KONZ, ESQ., SB No. 286902
  Email: dkonz@akk-law.com
BRUCE A. KILDAY, ESQ., SB No. 066415
  Email: bkilday@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY AND COUNTY OF WEST SACRAMENTO, N. OGDEN, FORTIER, MAHAFFEY, and A. SCHEIBER.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE D. WHITE, | Case No.: 2:20-cv-02383-MCE-AC |
| Plaintiff, | **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS** |
| vs. | |
| CITY AND COUNTY OF WEST SACRAMENTO, et al., | DATE:   February 11, 2021<br>TIME:   2:00 p.m.<br>CRTRM:  7 |
| Defendants. | **Hon. Morrison C. England** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on February 11, 2021, at 2:00 p.m. or as soon thereafter as the matter may be heard in Courtroom 7 of the United States District Courthouse located at 501 I Street, Sacramento, California, Defendants CITY AND COUNTY OF WEST SACRAMENTO, N. OGDEN, FORTIER, MAHAFFEY and A. SCHEIBER, (hereinafter "Defendants"), will and hereby move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiff ROBBIE D. WHITE'S ("Plaintiff") Complaint and Demand for Jury Trial.

This Motion specifically seeks dismissal, without leave to amend, on the following grounds:

1. The *Monell* claims (Claim Nos. 1, 2) are based solely on conclusory statements and devoid of any factual allegations sufficient to state a claim for relief.

2. The Malicious Prosecution claim (Claim No. 5) is prohibited by California Government Code § 821.6.

3. The "Negligent Hire, Training, Retention" claim (Claim No. 7) is prohibited by California Government Code § 815(a) and § 815.6.

4. The Unruh Civil Rights Act claim (Claim No. 8) is prohibited because the statute does not apply to public entities or their employees, and as against the City as a direct claim is prohibited by California Government Code § 815(a) and § 815.6.

The Motion will be based on this Notice of Motion, the Memorandum of Points and Authorities filed in support hereof, the complete file and records in this action, and on any oral and/or documentary evidence that may be submitted or presented at or before the hearing of this motion.

Dated:  December 29, 2020                ANGELO, KILDAY & KILDUFF, LLP

                                          */s/ Garrett L. Seuell*
                                    By:_____
                                          GARRETT L. SEUELL
                                          Attorneys for Defendants CITY AND
                                          COUNTY OF WEST SACRAMENTO,
                                          N. OGDEN, FORTIER, MAHAFFEY,
                                          and A. SCHEIBER.