GARRETT L. SEUELL, S.B. No. 323175
  Email:  Gseuell@akk-law.com
DERICK E. KONZ, ESQ., SB No. 286902
  Email:  dkonz@akk-law.com
BRUCE A. KILDAY, ESQ., SB No. 066415
  Email:  bkilday@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY AND COUNTY OF WEST SACRAMENTO, N. OGDEN, FORTIER, MAHAFFEY, and A. SCHEIBER.


RICHARD L. RICHARDSON
  Email:  richard@rrichardsonlaw.com
**SIEGEL & RICHARDSON LLP**
436 14th Street, Suite 1060
Oakland, CA  94612
Tel:  (510) 271-6720

Attorneys for Plaintiff ROBBIE D. WHITE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBBIE D. WHITE, | ) | Case No.: 2:20-cv-02383-MCE-AC |
| | ) | |
| Plaintiff, | ) | **(PROPOSED) PROTECTIVE ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY AND COUNTY OF WEST SACRAMENTO, a local public entity; et al., | ) ) ) | |
| Defendants. | ) | |

Having considered the stipulation of the Parties and good cause appearing, the Court hereby GRANTS the Parties' stipulation for protective order.

1   **IT IS SO ORDERED.**

Date:_____

**MORRISON C. ENGLAND, JR.**
U.S. DISTRICT COURT JUDGE