1  BRUCE A. KILDAY, ESQ., SB No. 066415
     Email:  bkilday@akk-law.com
2  DERICK E. KONZ, ESQ., SB No. 286902
     Email:  dkonz@akk-law.com
3  DANIELLE J. WILLIAMS, ESQ., SB No. 317229
     Email:  dwilliams@akk-law.com
4  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
5  601 University Avenue, Suite 150
   Sacramento, CA  95825
6  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
7
8  Attorneys for Defendants CITY AND COUNTY OF WEST SACRAMENTO, N. OGDEN, FORTIER, MAHAFFEY, and A. SCHEIBER.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBBIE D. WHITE, | Case No.: 2:20-cv-02383-MCE-AC |
| Plaintiff, | **CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE AND REQUEST TO TERMINATE GARRETT L. SEUELL FROM SERVICE LIST** |
| vs. | |
| CITY AND COUNTY OF WEST SACRAMENTO, a local public entity; et al., | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that DANIELLE J. WILLIAMS of the law firm of Angelo, Kilday & Kilduff, LLP, is added as counsel of record for Defendants CITY AND COUNTY OF WEST SACRAMENTO, N. OGDEN, FORTIER, MAHAFFEY, and A. SCHEIBER in the above-entitled action.

PLEASE ALSO TAKE NOTICE that Garrett L. Seuell is no longer with the law firm of Angelo, Kilday & Kilduff, LLP, and should not be noticed as counsel of record for Defendants.

Counsel of record for defendants CITY AND COUNTY OF WEST SACRAMENTO, N. OGDEN, FORTIER, MAHAFFEY, and A. SCHEIBER is as follows:

Bruce A. Kilday, Esq., SBN 066415
Derick E. Konz, Esq., SBN 286902
Danielle J. Williams, Esq., SBN 317229
Angelo, Kilday & Kilduff, LLP
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:     (916) 564-6100
Facsimile:      (916) 564-6263

Accordingly, I respectfully request that the Court terminate the name of Garrett L. Seuell from the service list in this case.

Dated:  July 28, 2021                                         ANGELO, KILDAY & KILDUFF, LLP

                                                                              */s/ Derick E. Konz*
                                                                    By:_____
                                                                          DERICK E. KONZ
                                                                          Attorneys for Defendants CITY AND
                                                                          COUNTY OF WEST SACRAMENTO,
                                                                          N. OGDEN, FORTIER, MAHAFFEY,
                                                                          and A. SCHEIBER.

-2-
**CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE**