# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

ROBBIE WHITE,

                              *Plaintiff*,            **2:20-cv-02383 MCE AC**

                                                      **[~~PROPOSED~~] ORDER
                                                      GRANTING APPLICATION
                                                      FOR PRO HAC VICE
                                                      ADMISSION**

v.

CITY OF WEST SACRAMENTO, ET AL.
                              *Defendants*.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

                              ORDER


The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is

DIRECTED to request filing access through PACER.


        DATED: March 10, 2022

                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE