# Exhibit A

I am the Plaintiff in this action. I am requesting the following punitive damages to be apportioned as follows. The damages are calculated as percentages of the Yolo County Recommended Operating **(ROB)** Budget and the City of West Sacramento Projected Revenue **(PR)**.

I, the Plaintiff have insisted on the inclusion of the following amounts against my counsel's advice. I believe such amounts are appropriate in my case, to insure less suffering by Constitutional violation of the "Factually Innocent."

2020-21 **Yolo County Recommended Operating Budget (ROB)** $493,689,180

**.0101 of ROB** - Juvenile vocational school tradesperson subsidized training programs supervised by local School Superintendent- at least 250 resident students (lower income families) receive tradesman vocational training, in plumbing, carpentry, etc. Targeting lower income juvenile and young people to lower arrest rates ages 16 to 20 and save more of our youth from "negative" interactions with law enforcement **through more gainful employment opportunities in our county**

**.0061 of ROB** - Budget increase towards mandatory Yolo Detention officer training on the proper legal, and humane stewardship and supervision of detainees also condition and maintenance of Yolo detention facilities upgrades

**.0122 of ROB** - Mandatory Law enforcement training on Constitutional Arrest, de-escalation tactics and minimal force training to insure Constitutional protection for all citizens and visitors to our county - Budgeted for all department officers and sheriffs in the county to protect more County resources from lawsuits and more-over save our officers and the public from undue harm

**? of ROB** **-Plaintiff punitive damages to be determined by jury**

## City of West Sacramento 2022-23 Projected Revenues (PR) 69,555,428

**.0374 of PR**
-Mandatory Law enforcement officer training on Constitutional Arrest, rules of citizen detention, custody stewardship responsibilities, de-escalation tactics, proper use of force, the value of truthfulness in report writing and supervisor responsibility training to insure Constitutional protections for all citizens and visitors to our city - Budget for all department officers, Sgts and Captains serving the city of West Sacramento This will protect more of the City's resources from future lawsuits and more-over save our officers and the public from undue harm

**.043 of PR**
-Juvenile and young people vocational school tradesperson subsidized training programs, supervised by local School Superintendent- at least 153 resident students (lower income families) receive tradesman training in plumbing, automotive repair, carpentry... Targeting income juvenile and young people to lower arrest rates ages 16 to 20 and save more of our youth from "negative" interactions with law enforcement **through more gainful employment opportunities in our city**

**? of PR**
**-Plaintiff punitive damages to be determined by jury**

Executed on April 21, 2022

Robbie D. White