1  Zachary Lawrence, Esq. (NY Bar: 5798202)
   Lawrence Law Firm PLLC
2  598 E Main Street
3  Little Falls, NY 13365
   Telephone: 202-468-9486
4  Email: zach@zlawpllc.com

5
   Attorneys for Plaintiff ROBBIE D. WHITE
6
                  **UNITED STATES DISTRICT COURT**
7
                  **EASTERN DISTRICT OF CALIFORNIA**
8

9  ROBBIE D. WHITE,                    )  Case No.: 2:20-cv-02383-MCE-AC
                                        )
10                          Plaintiff,  )  **ORDER ON STIPULATION TO EXTEND**
11             vs.                      )  **OPPOSITION DEADLINE AND**
                                        )  **DEADLINE FOR COUNTY OF YOLO'S**
12 CITY OF WEST SACRAMENTO, et al.,     )  **RESPONSE TO THE SECOND**
                                        )  **AMENDED COMPLAINT**
13                          Defendants. )
                                        )
14                                      )
                                        )
15 _____

16        By stipulation of the parties and good cause appearing, the Court hereby extends the

17 deadline for Plaintiff ROBBIE D. WHITE to file an Opposition to Defendants OGDEN,

18 MAHAFFEY, SCHREIBER, and the CITY OF WEST SACRAMENTO's Motion to Dismiss by

19 fourteen (14) days, to **June 9, 2022**.

20        It is further ordered that the deadline for Defendant COUNTY OF YOLO to file a

21 response to Plaintiff's Second Amended Complaint is extended to **June 2, 2022**.

22        IT IS SO ORDERED.

23 Dated:  May 31, 2022

24

25  _____
    MORRISON C. ENGLAND, JR
26  SENIOR UNITED STATES DISTRICT JUDGE

27

28

-1-
ORDER ON STIPULATION TO EXTEND OPPOSITION DEADLINE AND DEADLINE FOR COUNTY OF
YOLO'S RESPONSE TO THE SECOND AMENDED COMPLAINT