UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE D. WHITE,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF WEST SACRAMENTO, et al.,<br><br>          Defendants. | No.  2:20-cv-02383 TLN AC<br><br><br><br>ORDER |

This order addresses two motions brought by plaintiff: ECF No. 102 and ECF No. 109. Both motions are DENIED.

The court is in receipt of plaintiff's ex parte request to participate in electronic filing pursuant to Local Rule 133(b)(3). ECF No. 102. The court has reviewed the filing and DENIES plaintiff's request without prejudice because it lacks the necessary information required by the Local Rule. Denial without prejudice means that plaintiff may bring the motion again; a second motion to e-file should include the necessary information described below.

Although the Eastern District of California is an electronic management/filing district, unrepresented persons are required to file and serve paper documents unless the assigned District Judge or Magistrate Judge grants leave to utilize electronic filing. L.R. 133(a), (b)(2). A pro se party may bring a request to use electronic filing as a written motion setting out an explanation of reasons for the requested exception. L.R. 133(b)(3). Once plaintiff is approved to file documents electronically, the plaintiff will no longer receive any documents by mail and the court will not

accept paper documents from plaintiff, meaning plaintiff can no longer mail in any filings.

A motion to e-file must make clear whether plaintiff is familiar with the requirements applicable to electronic filing in this court, and whether plaintiff has access to the hardware and software needed for electronic filing. Plaintiff will be given an opportunity to file a renewed motion to e-file, and that request must specify the following:

1. That plaintiff has reviewed the requirements for electronic filing and agrees to abide by them, and that she understands that once plaintiff registers for electronic filing, all notices and documents will be received by e-mail and not by regular mail;
2. Whether plaintiff has regular access to the following technical requirements necessary for electronic filing: (a) a computer with internet access; (b) an e-mail account for receiving notifications from the electronic filing system; (c) a PACER (Public Access to Court Electronic Records) account; (d) a word-processing program; (e) PDF conversion software to convert word processing documents into .pdf format; and (6) a scanner for exhibits or other supporting documents that are only in paper format.

Failure to address each of these items will result in denial of any second motion to e-file. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to e-file (ECF No. 102) is DENIED without prejudice.

As a secondary matter, the court is in receipt of plaintiff's motion to recuse Judge Morrison C. England, Jr. from this case. ECF No. 109. This case has already been re-assigned to District Judge Troy L. Nunley and Judge England is no longer associated with this case. ECF No. 107. Thus, the motion at ECF No. 109 is DENIED as MOOT.

DATED: May 26, 2023

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE