1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      ROBBIE D. WHITE,                           No.  2:20-cv-02383-TLN-AC

12                 Plaintiff,

13          v.                                     **ORDER**

14      CITY AND COUNTY OF WEST
        SACRAMENTO, et al.,
15
                   Defendants.
16

17

18          The matter was referred to a United States Magistrate Judge pursuant to Local Rule

19      302(c)(21).

20          On July 17, 2023, the magistrate judge filed findings and recommendations herein which

21      were served on all parties and which contained notice to all parties that any objections to the

22      findings and recommendations were to be filed within twenty-one days.  (ECF No. 114.)  Plaintiff

23      filed objections to the findings and recommendations.  (ECF No. 115.)

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25      Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26      Court finds the findings and recommendations to be supported by the record and by proper

27      analysis.

28      ///

                                        1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 17, 2023 (ECF No. 114) are ADOPTED IN FULL; and

2. The motion for preliminary injunction (ECF No. 104) is DENIED.

Date:  August 17, 2023

Troy L. Nunley
United States District Judge