UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE D. WHITE, | No. 2:20-cv-02383-TLN-AC |
| Plaintiffs, | |
| v. | ORDER |
| CITY AND COUNTY OF WEST SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is proceeding in pro se following the withdrawal of his attorney. ECF No. 32. Pretrial proceedings were accordingly referred to the undersigned pursuant to Local Rule 302(c)(21). ECF No. 34. The court is in receipt of plaintiff's motion for an indefinite stay (ECF No. 120), plaintiff's second motion to change venue (ECF No. 119), and his motion for the undersigned to reconsider her prior orders regarding venue and case assignment (ECF No. 118). The motion for reconsideration asks the court to reconsider prior orders denying a change of venue and declining to reassign this case. ECF No. 118 at -12. It presents no new information. Id. The motion to change venue makes general allegations regarding the abilities and fairness of the judges in the Eastern District of California, and asserts that for financial reasons and plaintiff's safety, the case should be transferred to the Southern District of California. ECF No. 119 at 1-2. The motion for an indefinite stay generally asserts that until safeguards are

1

implemented to ensure that plaintiff can have a fair trial, and until concerns regarding his mental and physical health are resolved, this case should be indefinitely stayed. ECF No. 120 at 1-4. Each of these motions lack merit. As the court previously explained (ECF No. 114 at 4), the Eastern District is the appropriate venue for this case. Further, the court does not grant indefinite general stays; to the extent plaintiff is unable or unwilling to continue with the prosecution of this case, he may voluntarily dismiss it. Otherwise, the case will continue forward.

It hereby ORDERED that the motions at ECF No. 118, 119, and 120 are DENIED. The court will not entertain any further motions regarding the appropriate venue for this case.

IT IS SO ORDERED.

DATED: October 16, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE