UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE D. WHITE, | No. 2:20-cv-02383 TLN AC PS |
| Plaintiff, | |
| v. | ORDER |
| CITY AND COUNTY OF WEST SACRAMENTO, et al., | |
| Defendants. | |

This action was commenced on December 1, 2020. ECF No. 1. Though it has been pending for nearly three years, the case has progressed little. Plaintiff has been intermittently represented by counsel; the most recent counsel withdrew on May 23, 2023, and plaintiff is now proceeding in pro se. ECF No. 105. On October 23, 2023, defendants filed a motion to compel discovery responses, set to be heard on November 29, 2023. ECF No. 124. Plaintiff did not file an opposition or statement of non-opposition. The court is concerned that plaintiff has abandoned this case and is unable or unwilling to continue with its prosecution.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why his failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to

1

Local Civil Rule 110 and Fed. R. Civ. P. 41(b).  Due to the length of time this case has been pending, the court will recommend dismissal be with prejudice.

       IT IS SO ORDERED.

DATED: November 27, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE