UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE D. WHITE,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF WEST SACRAMENTO, et al.,<br><br>Defendants. | No. 2:20-cv-02383-TLN-AC<br><br><br><br>**ORDER** |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 18, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 129.) The time to file objections has passed, and Plaintiff did not file any objections.

Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is the Plaintiff's responsibility to always keep the Court apprised of his current address. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 18, 2023 (ECF No. 129) are ADOPTED IN FULL;
2. This action is DISMISSED with prejudice;
3. Defendant's Motion to Compel Discovery Requests (ECF No. 124) is DENIED as moot; and
4. The Clerk of Court is directed to close this case.

Date: February 2, 2024

Troy L. Nunley
United States District Judge

2